FILED
JAMES J. VILT, JR. - CLERK

MAR 11 2024

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF _____
_____ DIVISION

*(Write the District and Division, if any, of the court in which the complaint is filed.)*

Lisa Underhill Agent
Enviro ZooCoHure - 501c3 non-profit

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Metro Govt. Jefferson County
Attorney= Mike O'Connell

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 3:24cv-171-DJH
*(to be filled in by the Clerk's Office)*

Jury Trial: ☑ Yes ☐ No
*(check one)*

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name                 _____
   Street Address       _____
   City and County      _____
   State and Zip Code   _____
   Telephone Number     _____
   E-mail Address       _____

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1

   Name                       _____
   Job or Title
   (if known)                 _____
   Street Address             _____
   City and County            _____
   State and Zip Code         _____
   Telephone Number           _____
   E-mail Address
   (if known)                 _____

   Defendant No. 2

   Name                       _____
   Job or Title
   (if known)                 _____
   Street Address             _____
   City and County            _____

2

        State and Zip Code  _____

        Telephone Number  _____

        E-mail Address  _____
        (if known)

**Defendant No. 3**

    Name  _____

    Job or Title  _____
    (if known)

    Street Address  _____

    City and County  _____

    State and Zip Code  _____

    Telephone Number  _____

    E-mail Address  _____
    (if known)

**Defendant No. 4**

    Name  _____

    Job or Title  _____
    (if known)

    Street Address  _____

    City and County  _____

    State and Zip Code  _____

    Telephone Number  _____

    E-mail Address  _____
    (if known)

**II.  Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question   ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. ① Section 8 Constitution = Congress shall have power to pay and provide for General Welfare. ② IRC 5063 ③ IRC 509(a) ④ 170 Kentucky Constitution ? Non-profit(s) exempted from taxation real property owned and occupied which is occupied devoted solely to Cause of Education. Income used exclusively for maintenance and property is permanent residence

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

  1. The Plaintiff(s)

     a. If the plaintiff is an individual

        The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

     b. If the plaintiff is a corporation

        The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

        *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

  2. The Defendant(s)

     a. If the defendant is an individual

        The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

4

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____
_____
_____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Enviro Eco Culture (EEC) is a 501c3 non-profit filed by Secretary of State in February - 2006 - 2024. EEC uses entire property for a Love Charity to educate General Public in support of EEC's Mission = Make Own Self-Care. PVA harmed and violated EEC through misleading Actions in order to coerce EEC to pay property taxes. Lisa Underhill paid property taxes for EEC 2006 - 2018. PVA caused Lisa Underhill emotional damage with threat(s) to Foreclose EEC. EEC will electronically file dates and involvement of deceitful, misleading, and

5

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Relief Statement: 1. Waive Past, Present, and Future property taxes. 2. File Order of Waiver (above) to necessary Rooms. 3. Refund property taxes paid = 2006-2018 plus 10% ann. Um plus (10% + 10) 4. Punitive Damages = Pain and Suffering due to the "Runaround" lost time, lost volunteer(s) for ESC, ect.

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3/11, 2024

Signature of Plaintiff: Lisa Underhill Agent: Enviro Eco Culture
Printed Name of Plaintiff: Lisa Underhill

B. **For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney          _____
Printed Name of Attorney       _____
Bar Number                     _____
Name of Law Firm               _____
Address                        _____
Telephone Number               _____
E-mail Address                 _____