AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Lisa Underhill Agent/volunteer SSC
Lisa Underhill Enviro Eco Culture
501c3 non-profit

Plaintiff

v.   Civil Action No. 3:24cv-171-DSH

Metro Gov; Jefferson County Attorney
Michael J. O'Connell

Defendant

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Jefferson County Attorney ) Metro. Gov.
Michael J. O'Connell
500 West Jefferson Street, Suite 1000
Lou, Ky. 40202  Mike.oconnell@louisville.gov

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Enviro Eco Culture
Agent: Lisa Underhill
1311 Cherokee Road
Lou. Ky. 40204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3-11-2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☒ I personally served the summons on the individual at *(place)* 500 West Jefferson, Suite 1000 Lou. Ky 40202 on *(date)* 3/11/2024 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 3-11-2024

Lisa Underhill
*Server's signature*

Lisa Underhill
*Printed name and title*

Enviro Eco Io Hore  Lisa Underhill
1311 Cherokee Rd. Lou. Ky. 40204
*Server's address*

Additional information regarding attempted service, etc: