UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF KENTUCKY

*Lisa Underhill Agent= Enviro Eu Culture 501c3.*

Petitioner/Plaintiff

3:24cv-171-DJH

-against-                                                                   ___ Civ. _____ ( ___ )

*Metro Gov= Jefferson County Attorney Mike O'Connell*

Respondent/Defendant

PROPOSED ORDER

The petitioner's motion for in forma pauperis (I.F.P.) is granted. The filing fee is waived.

So Ordered:

_____

Dated: *3·11·2024*

*Lisa Underhill*