UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

LISA UNDERHILL,                                                     Plaintiff,

v.                                                                Civil Action No. 3:24-cv-171-DJH

METRO GOVERNMENT *et al.*,                                   Defendants.

\* \* \* \* \*

## **ORDER**

This matter is before the Court on Plaintiff's motion to proceed *in forma pauperis*. Upon review, the Court finds that Plaintiff makes the financial showing required by 28 U.S.C. § 1915(a). Accordingly, **IT IS ORDERED** that the motion to proceed *in forma pauperis* (DN 3) is **GRANTED**.

Because Plaintiff is proceeding without the prepayment of fees, or *in forma pauperis*, the Court must review the complaint pursuant to 28 U.S.C. § 1915(e)(2).[1] *See McGore v. Wrigglesworth*, 114 F.3d 601 (6th Cir. 1997). Once the review is complete, an order will be entered informing the parties of what steps, if any, must be taken.

Date: March 25, 2024

ENTERED BY ORDER OF COURT:

JUDGE DAVID J. HALE
UNITED STATES DISTRICT COURT

JAMES J. VILT, JR., CLERK

        s/ James J. Vilt, Jr.

cc:      Plaintiff, *pro se*
4415.010

---

[1] Under § 1915(e)(2), "the court shall dismiss the case at any time if the court determines that . . . the action . . . (i) is frivolous or malicious; (ii) fails to state a claim on which relief may be granted; or (iii) seeks monetary relief against a defendant who is immune from such relief."